1  KAREN P. HEWITT
   United States Attorney
2  BRUCE C. SMITH
   Assistant U.S. Attorney
3  California State Bar No. 078225
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6963

6  Attorneys for Plaintiff
   United States of America
7

FILED

08 MAY 19 PM 2:36

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____  DEPUTY

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,      )    Civil No. 08 CV 0889 J AJB
                                   )
11              Plaintiff,         )    COMPLAINT FOR
                                   )    FORFEITURE
12       v.                        )
                                   )
13  ONE 2005 CHRYSLER 300 SEDAN    )
    BAJA CALIFORNIA LICENSE        )
14  NO. AHH6411                    )
    VIN 2C3JA63H45H527598,         )
15  ITS TOOLS AND APPURTENANCES,   )
                                   )
16              Defendant.         )
    _____)

17
18      By way of complaint against the defendant ONE 2005 CHRYSLER

19  300  SEDAN,  BAJA  CALIFORNIA  LICENSE  NO.  AHH6411,  VIN

20  2C3JA63H45H527598, ITS TOOLS AND APPURTENANCES, the United States

21  of America alleges:

22      1.    This Court has jurisdiction over this action by virtue

23  of the provisions of Title 28, United States Code, Section 1355,

24  because  the  acts  and  omissions  giving  rise  to  the  instant

25  forfeiture occurred in this district.

26  //

27  //

28  2008v00217

2.    Venue is proper in this district pursuant to Title 28, United States code, Section 1395 because the defendant was found in this district.

3.    On January 15, 2008, Maria Teresa Powell Salinas-Sanchez (hereinafter referred to as "Salinas-Sanchez") entered the United States from Mexico at the Port of Entry, Otay Mesa, California via Secure Electronic Network for Travelers Rapid Inspection (hereinafter referred to as "SENTRI") lane two as the driver and sole visible occupant of the defendant 2005 Chrysler 300 Sedan, VIN 2C3JA63H45H527598, bearing Baja California, Mexico license plate number AHH6411 (hereinafter referred to as "2005 Chrysler 300 sedan" or "defendant vehicle"). According to registration documents issued by the Mexican State of Baja California and found in the defendant vehicle, Salinas-Sanchez registered the defendant vehicle in her name as the sole registered owner on January 28, 2005.

A.    Salinas-Sanchez was greeted by United States Customs and Border Protection (hereinafter referred to as "CBP") Officer Labrada at the vehicle primary SENTRI lane 2 inspection station. Salinas-Sanchez presented her SENTRI document and border crossing visa card, identifying her as a citizen of Mexico. In response to Officer Labrada's question, Salinas-Sanchez declared she was bringing nothing from Mexico into the United States.

B.    Officer Labrada directed Salinas-Sanchez to release the rear trunk lid lock. She responded with a facial expression that indicated anxiety or panic. Upon raising the trunk lid, Officer Labrada discovered a Hispanic male adult hidden under a

1    blanket in the trunk.  Officer Labrada immediately closed the

2    trunk lid and summoned other CBP officers to assist him.

3        C.    CBP Officer Ornelas responded, and was advised of

4    Labrada's discovery.  Salinas-Sanchez was escorted to the nearby

5    secondary security office to await further inspection of the

6    defendant vehicle.

7        D.    Officer Ornelas drove the defendant 2005 Chrysler

8    300 sedan on to the secondary vehicle lot for a more thorough

9    inspection.  Upon parking the defendant vehicle, Officer Ornelas

10   opened the rear trunk lid.  The Hispanic adult male was resting on

11   the deck of the trunk, hidden under a blanket.  The concealed

12   traveler was removed from the defendant vehicle and escorted to

13   the security office.  The hidden passenger was later identified as

14   a citizen of Mexico with no immigration documents or legal

15   authority permitting him to enter or remain in the United States.

16       E.    Inside the security office, CBP Tech Wertz

17   conducted an inventory of Salinas-Sanchez' personal property.

18   Among the items discovered and inventoried was a valid permanent

19   resident alien card bearing Salinas-Sanchez' likeness and personal

20   identifying information.

21       F.    The Hispanic male passenger was interviewed.  He

22   was eventually identified as Marco Antonio Morales-Mendoza

23   (hereinafter referred to as "Morales-Mendoza").  He declared he

24   was a citizen of Mexico without documentation or legal

25   authorization to enter or remain in the United States.

26       G.    On January 31, 2008, a federal grand jury sitting

27   in the Southern District of California handed down a two count

28   indictment charging Salinas-Sanchez with bringing in illegal

3

1   aliens for financial gain, bringing in illegal aliens without
2   presentation, and aiding and abetting.

3        H.   On April 22, 2008, CBP Enforcement Officer Chavoya
4   examined the contents of the defendant 2005 Chrysler 300 sedan.
5   Inside the trunk, Officer Chavoya examined a jacket belonging to
6   Morales-Mendoza.  In a pocket, Officer Chavoya discovered a piece
7   of paper bearing an address in Tijuana, Mexico.  Officer Chavoya
8   recognized the address as the same Tijuana address given by
9   Salinas-Sanchez on the day of her arrest.  Another piece of paper
10   recovered from the pocket bore an address on College Boulevard,
11   Oceanside, California.

12        I.   On April 22, 2008, Officer Chavoya visited the
13   residence located at the College Boulevard, Oceanside address
14   written on the piece of paper taken from Morales-Mendoza' jacket.
15   Residents there referred Officer Chavoya to a relative, Oscar
16   Mendoza-Mendez (hereinafter referred to as "Mendoza-Mendez").

17        J.   On April 22, 2008, Officer Chavoya interviewed
18   Mendoza-Mendez, and was told Mendoza-Mendez is a cousin of
19   Morales-Mendoza.  Salinas-Sanchez is the aunt of both men.
20   Mendoza-Mendez revealed Morales-Mendoza stayed at the Tijuana
21   residence of Salinas-Sanchez for two days prior to his
22   apprehension on January 15, 2008.  Morales-Mendoza described to
23   Mendoza-Mendez his planned journey.  When Salinas-Sanchez and
24   Morales-Mendoza were encountered in the defendant 2005 Chrysler
25   300 sedan at the port of entry, they were en route to a
26   destination in Los Angeles, California.

27        4.   The defendant 2005 Chrysler 300 sedan was a conveyance
28   that had been used or was being used in the commission of a

violation of Title 8, United States Code, Section 1324(a), bringing undocumented aliens into the United States without presentation.

     5.    As a result of the foregoing, the defendant 2005 Chrysler 300 sedan is liable to condemnation and to forfeiture to the United States in accordance with Title 8, United States Code, Section 1324(b).

     7.    The defendant is presently stored within the jurisdiction of this Court.

     WHEREFORE, the United States prays that due process issue to enforce the forfeiture of the defendant 2005 Chrysler 300 sedan, and that due notice be given to all interested parties to appear and show cause why said forfeiture should not be declared.

DATED: 4/29/08

                            KAREN P. HEWITT
                            United States Attorney

                            BRUCE C. SMITH
                            Assistant U.S. Attorney

1
2
3
4                          **VERIFICATION**
5
6        I, Edward Chavoya, state and declare as follows:
7        1.   I am a Customs and Border Protection Enforcement Officer
8    and am chiefly responsible for the investigation which is the
9    basis for this litigation.
10       2.   I have read the foregoing complaint and know its
11            contents.
12       3.   The information in the complaint was discovered during
13   my investigation or was furnished by official Government sources.
14   Based on this information, I believe the allegations in the
15   complaint to be true.
16       I declare under penalty of perjury that the foregoing is true
17   and correct, to the best of my knowledge and belief.
18       Executed on April 29, 2008
19
20                              _Ed Chavoya_
21                         EDWARD CHAVOYA
                            CBP ENFORCEMENT OFFICER
22
23
24
25
26
27
28

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

**DEFENDANTS**
One 2005 Chrysler 300 Sedan

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

FILED
08 MAY 19  PM 2: 36

'08 CV 0889 J AJB

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
AUSA Bruce C. Smith, Tel. (619) 557-6963, 880 Front Street, Room 6293, San Diego, CA 92101-8893

Attorneys (If Known)
Jan Joseph Bejar, Tel (619) 291-1112, 2727 Camino Del Rio So., Ste. 110, San Diego CA 92101

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☒ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question (U.S. Government Not a Party)

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☒ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | **SOCIAL SECURITY** | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 862 Black Lung (923) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | Security Act | ☐ 871 IRS—Third Party | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | 26 USC 7609 | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | **IMMIGRATION** | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus - | | ☐ 950 Constitutionality of |
| | Other | | Alien Detainee | | State Statutes |
| | ☐ 440 Other Civil Rights | | ☐ 465 Other Immigration | | |
| | | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Title 8, United States Code, Section 1324(b)
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE
05/19/2008

SIGNATURE OF ATTORNEY OF RECORD
*[signature]*
AUSA BRUCE C. SMITH

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____