FILED

08 MAY 28 PM 12:03

BY: 𝒢   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE 2005 CHRYSLER 300 SEDAN<br>BAJA CALIFORNIA LICENSE<br>NO. AHH6411<br>VIN 2C3JA63H45H527598,<br>ITS TOOLS AND APPURTENANCES,<br><br>Defendant. | Civil No. 08 CV 0889 W AJB<br><br>ORDER APPOINTING CUSTOMS<br>AND BORDER PROTECTION<br>AS CUSTODIAN |

Upon a motion by plaintiff, United States of America, and it appearing that the Bureau of Customs and Border Protection (CBP), United States Department of Homeland Security, has consented to assume responsibility for the custody and maintenance of the above-named defendant property during the time it remains in the custody of this Court under its process herein,

IT IS HEREBY ORDERED that upon the arrest of the defendant, the CBP shall be custodian of the defendant on behalf of this Court until further order.

//

//

aje 4

```
 1        IT IS FURTHER ORDERED that all reasonable expenditures
 2   incurred by CBP be a first charge against the defendant.
 3        DATED: 5/27/08
 4                                    _____
                                      UNITED STATES DISTRICT JUDGE
```