## Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>08cv0889-W(AJB) |
|---|---|
| DEFENDANT<br>ONE 2005 CHRYSLER 300 SEDAN | TYPE OF PROCESS<br>ARREST AND PUBLISH |

| SERVE AT | Name Of Individual,Company,Corporation,Etc. to Serve or Description of Property to Seize |
|---|---|
| | U.S. Customs and Border Protection          Attn: SUSAN MOWER, FP&F |
| | Address (Street or RFD / Apt. # / City, State, and Zip Code) |
| | 9495 Customs House Plaza, San Diego, CA  92154 |

| Send NOTICE OF SERVICE copy to Requester: | | |
|---|---|---|
| BRUCE C. SMITH<br>ASSISTANT U.S. ATTORNEY<br>OFFICE OF THE UNITED STATES ATTORNEY<br>880 Front Street  Room 6293<br>SAN DIEGO, CA 92101-8893 | Number Of Process To Be Served In This Case. | 1 |
| | Number Of Parties To Be Served In This Case. | 1 |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)          USAO'S ASSET ID NO. 08-CBP-000047:  Customs Seizure No. 2008-2506-000197

Enclosed are copies of the Complaint for Forfeiture, an ad order and Notice of Forfeiture Action.  Please seize the defendant vehicle  and advise of date of seizure and dates notice is published.  Also enclosed are copies of the Order Appointing Customs and Border Protection as Custodian and the Warrant for Arrest In Rem.

| Signature of Attorney or other Originator requesting service on behalf of | [ X ]Plaintiff | Telephone No.<br>(619) 557-7366<br>(M. Apgar) | Date |
|---|---|---|---|
| BRUCE C. SMITH *Bruce C. Smith /mia* | [ ]Defendant | | Jun 6, 2008 |
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date 6/10/08 |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. 3 | District of Origin No. 25 | District to Serve No. 25 | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date 6/10/08 |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service | Time of Service  [ ] AM  [ ] PM |
| | Signature, Title and Treasury Agency *CBP* |

| REMARKS:  *PUBLICATION DATES: JUNE 13, 20 & 27, 2008* |
|---|

TD F 90-22.48 (6/96)