1  KAREN P. HEWITT
   United States Attorney
2  BRUCE C. SMITH
   Assistant U.S. Attorney
3  California State Bar No. 078225
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619)557-6963
   E-mail: bruce.smith@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )    Civil No. 08cv0889-W(AJB)
                                     )
11              Plaintiff,           )    DECLARATION OF AND
                                     )    REQUEST FOR CLERK'S
12        v.                         )    ENTRY OF DEFAULT AS
                                     )    TO ALL POTENTIAL
13  ONE 2005 CHRYSLER 300 SEDAN,     )    CLAIMANTS
    BAJA CALIFORNIA LICENSE          )
14  NO. AHH6411,                     )
    VIN 2C3JA63H45H527598,           )
15  ITS TOOLS AND APPURTENANCES,     )
                                     )
16              Defendant.           )
    ─────────────────────────────────)

17

18        I, Bruce C. Smith, Assistant United States Attorney for the Southern District of California,

19  hereby request a clerk's entry of default in this case for the following reasons:

20        On May 19, 2008, a verified complaint was filed in the above action in the United States

21  District Court for the Southern District of California against the above defendant.  On June 10,

22  2008, the defendant was seized and arrested by an agent of the United States Customs and Border

23  Protection, who thereafter took possession and custody of the defendant, pursuant to the Court's

24  Order appointing Customs and Border Protection as custodian, dated May 28, 2008.

25        On May 20, 2008, Notice of Judicial Forfeiture Proceedings  and a copy of the Complaint

26  for Forfeiture were sent by certified mail to the following potential claimants at their addresses of

27  record:

28  //

| Name and Address | Article No. | Result |
|---|---|---|
| Maria Teresa Powell-Salinas Sanchez<br>1111 North Lamb Blvd., #246<br>Las Vegas NV 89110 | 7004 2510 0003 3014 8664 | Signed for as received on 5/22/08 |
| Maria Teresa Powell-Salinas Sanchez<br>c/o Jan Joseph Bejar, Esq.<br>A Professional law Corporation<br>2727 Camino Del Rio South, Suite 110<br>San Diego CA 92108 | 7004 2510 0003 3014 8671 | Signed for as received on 5/21/08 |

On June 13, 20 and 27, 2008, pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime and  Claims and Asset Forfeiture Actions, notice was published in the San Diego Commerce newspaper.

From the time of said notice, no claim or answer has been filed regarding the above-named defendant property by anyone.

For the foregoing reasons, it is requested that the Clerk of the Court enter a default against the defendant property as to any and all potential claimants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 28th day of July, 2008.

s/  Bruce C. Smith
BRUCE C. SMITH
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America
E-mail:  bruce.smith@usdoj.gov

08cv0889