| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | BRUCE C. SMITH |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 078225 |
| | Federal Office Building |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619)557-6963 |
| | E-mail: bruce.smith@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cv0889-W(AJB) |
| | ) | |
| Plaintiff, | ) | NOTICE OF MOTION AND MOTION |
| | ) | FOR JUDGMENT BY DEFAULT AS TO |
| v. | ) | MARIA TERESA POWELL-SALINAS |
| | ) | SANCHEZ AND ALL POTENTIAL |
| ONE 2005 CHRYSLER 300 SEDAN, | ) | CLAIMANTS |
| BAJA CALIFORNIA LICENSE | ) | |
| NO. AHH6411, | ) | DATE: September 29, 2008 |
| VIN 2C3JA63H45H527598, | ) | TIME: 10:00 a.m. |
| ITS TOOLS AND APPURTENANCES, | ) | CTRM: 7 |
| | ) | |
| Defendant. | ) | NO ORAL ARGUMENT PURSUANT |
| | ) | TO LOCAL RULE |

TO: MARIA TERESA POWELL-SALINAS SANCHEZ, THROUGH HER ATTORNEY OF RECORD, JAN JOSEPH BEJAR, ESQ.

PLEASE TAKE NOTICE that on September 29, 2008, at 10:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable Thomas J. Whelan, United States District Court, Courtroom 7, 940 Front Street, San Diego, California, Plaintiff, United States of America, by and through its attorneys, Karen P. Hewitt, United States Attorney, and Bruce C. Smith, Assistant United States Attorney, will move the Court, pursuant to Rule 55(b)(2), Federal Rules of Civil Procedure, for a judgment by default in the instant case as to the interest of Maria Teresa Powell-Salinas Sanchez and all other potential claimants.

//

//

| | |
|---|---|
| 1 | This motion is based on the files and records of this case, including the attached |
| 2 | Memorandum of Points and Authorities (Exhibit 1), the Clerk's Entry of Default dated August 12, |
| 3 | 2008 (Exhibit 2) and Declaration of Bruce C. Smith (Exhibit 3). |
| 4 | DATED: August 19, 2008 |

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/Bruce C. Smith

BRUCE C. SMITH
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America
Email: bruce.smith@usdoj.gov

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cv0889-W(AJB) |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| v. | ) | |
| | ) | |
| ONE 2005 CHRYSLER 300 SEDAN, BAJA CALIFORNIA LICENSE NO. AHH6411, VIN 2C3JA63H45H527598, ITS TOOLS AND APPURTENANCES, | ) ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED that:

I, Bruce C. Smith, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

I am not a party to the above-entitled action. I have caused service of NOTICE OF MOTION AND MOTION FOR JUDGMENT BY DEFAULT AS TO MARIA TERESA POWELL-SALINAS SANCHEZ AND ALL POTENTIAL CLAIMANTS, with accompanying documents, on the following party by e-mailing them to him:

1. Jan Joseph Bejar, Esq., Attorney for Maria Teresa Powell-Salinas Sanchez
   bejarlaw@pacbell.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 19, 2008.

                                              s/ Bruce C. Smith
                                              BRUCE C. SMITH