# UNITED STATES DISTRICT COURT

### Southern District of California

United States of America

                        Plaintiff,

v.

                        Case No.:
                        3:08-cv-00889-W-AJB
                        Judge Thomas J. Whelan

One 2005 Chrysler 300 Sedan Baja California License No.
AHH6411 VIN 2C3JA63H45H527598, its tools and appurtenances

                        Defendant.

### DEFAULT

    It appears from the records in the above entitled action that Summons issued on the Original Complaint filed on 5/19/2008 has been regularly served upon each of the Defendants hereinafter named; and it appears from the records herein that each of the Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure. Now, therefore, the DEFAULT of each of the following Defendants is hereby entered.

    One 2005 Chrysler 300 Sedan Baja California License No. AHH6411 VIN 2C3JA63H45H527598, its tools and appurtenances

                                              W. Samuel Hamrick, Jr.,
                                              Clerk of the Court

ENTERED: 8/12/08

                                              By: s/ C. Puttmann, Deputy Clerk

**EXHIBIT 2**