|   |   |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | BRUCE C. SMITH |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No. 078225 |
|   | Federal Office Building |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California 92101-8893 |
| 5 | Telephone: (619)557-6963 |
|   | E-mail: bruce.smith@usdoj.gov |
| 6 |   |
|   | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08cv0889-W(AJB) |
|---|---|---|
|   | ) |   |
| Plaintiff, | ) | DECLARATION OF BRUCE C. SMITH |
|   | ) | IN SUPPORT OF MOTION FOR DEFAULT |
| v. | ) | JUDGMENT |
|   | ) |   |
| ONE 2005 CHRYSLER 300 SEDAN, | ) |   |
| BAJA CALIFORNIA LICENSE | ) |   |
| NO. AHH6411, | ) |   |
| VIN 2C3JA63H45H527598, | ) |   |
| ITS TOOLS AND APPURTENANCES, | ) |   |
|   | ) |   |
| Defendant. | ) |   |
|   | ) |   |

I, Bruce C. Smith, declare:

1.   I am the Assistant United States Attorney primarily responsible for the prosecution of this case. I have prepared this Declaration based upon my review of the Court's docket and the file maintained by the U.S. Attorney's office with respect to this case.

2.   On May 19, 2008, a Complaint for Forfeiture was filed in the above action in the United States District Court for the Southern District of California against the above defendant. On June 10, 2008, the defendant was seized and arrested by an agent of the United States Customs and Border Protection (CBP), who thereafter took possession and custody of the defendant, pursuant to the Court's Order appointing CBP as custodian, dated May 28, 2008.

//

//

**EXHIBIT 3**

3. On May 20, 2008, Notice of Judicial Forfeiture Proceedings and a copy of the Complaint for Forfeiture were sent by certified mail to the following potential claimant at her addresses of record:

| Name and Address | Article No. | Result |
|---|---|---|
| Maria Teresa Powell-Salinas Sanchez<br>1111 North Lamb Blvd., #246<br>Las Vegas NV 89110 | 7004 2510 0003 3014 8664 | Signed for as received on 5/22/08 |
| Maria Teresa Powell-Salinas Sanchez<br>c/o Jan Joseph Bejar, Esq.<br>A Professional law Corporation<br>2727 Camino Del Rio South, Suite 110<br>San Diego CA 92108 | 7004 2510 0003 3014 8671 | Signed for as received on 5/21/08 |

4. On June 13, 20 and 27, 2008, pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Claims and Asset Forfeiture Actions, notice was published in the San Diego Commerce newspaper.

5. From the time of said notice, no claim or answer has been filed regarding the above-named defendant property by anyone.

6. On July 28, 2008, a Declaration of and Request for Clerk's Entry of Default was filed in this case. A Clerk's Entry of Default was issued on August 12, 2008, and a copy is attached to the accompanying Motion for Default Judgment as Exhibit 2.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge and belief.

DATED: August 19, 2008.

s/ Bruce C. Smith

BRUCE C. SMITH
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America
Email: bruce.smith@usdoj.gov